# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2023-2514
LT Case No. 2017-CF-2000-A

———————————————

JARVON D. NEELEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————


On appeal from the Circuit Court for Duval County.
London Kite, Judge.

Jarvon Neeley, Chipley, pro se.

Ashley Moody, Attorney General, Tallahassee, and Damaris
Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

May 21, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, EISNAUGLE, and MACIVER JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————